PER CURIAM.

(No. 74-CC-603—

PEORIA MOTORS, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL Services, Respondent.

*Opinion filed November 25, 1974.*

PEORIA MOTORS, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.